UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-1650

ABRAHAM LALAWI,

              Petitioner,

        v.

ERIC H. HOLDER, JR.,

              Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  January 27, 2009        Decided:  February 10, 2009

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Armin A. Skalmowski, LAW OFFICES OF ARMIN A. SKALMOWSKI, Alhambra, California, for Petitioner. Gregory G. Katsas, Assistant Attorney General, Barry J. Pettinato, Assistant Director, Tim Ramnitz, OFFICE OF IMMIGRATION LITIGATION, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Abraham Lalawi, a native and citizen of Indonesia, seeks review of an order of the Board of Immigration Appeals (Board) denying his motion to reopen. We have reviewed the administrative record and Lalawi's claims and find no abuse of discretion in the Board's decision declining to reopen removal proceedings. See 8 C.F.R. § 1003.2(a), (c) (2008). We accordingly deny the petition for review for the reasons stated by the Board. See In re: Lalawi (B.I.A. May 9, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED